IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHNNY RALPH JACKSON CHAMBERS, <br><br> Plaintiff, <br><br> v. <br><br> DR. BROOME; STEVE NICOLOU; P.A. CARAVIELLO; DR. JOHN DOE; NURSE MERCER; and NURSE LIGHTLY, <br><br> Defendants. | CIVIL ACTION NO.: 6:15-cv-54 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's federal claims brought pursuant to 42 U.S.C. § 1983 are **DISMISSED** for failure to state a claim, and Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**. Plaintiff is denied leave to proceed *in forma pauperis* on appeal. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 2nd day of February, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA