# United States District Court
## *Southern District of Georgia*

JOHNNY RALPH JACKSON CHAMBERS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    V.

CASE NUMBER: CV6:15-54

DR. BROOME, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of February 2, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Plaintiff's federal claims brought pursuant to 42 U.S.C. § 1983 are DISMISSED for failure to state a claim, and Plaintiff's state law claims are DISMISSED WITHOUT PREJUIDCE. This civil action stands closed.



02/02/2016
*Date*

Scott L. Poff
*Clerk*

*Cara H Burton*
*(By) Deputy Clerk*